UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR11-064-TSZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KEVIN ANTOINE JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:   Bank Robbery (5 counts)

<u>Date of Detention Hearing</u>:   March 23, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant and a co-defendant have been indicted for 5 counts of bank robbery alleged to have occurred between October 16, 2010 and November 8, 2010.

(2) Defendant, age 23, has a lengthy criminal record that includes numerous failures to appear and bench warrant activity. He was not interviewed by Pretrial Services. Defendant does not contest detention.

(3) Defendant poses a risk of nonappearance due to lack of background information, unknown substance abuse history and history of failing to appear in court. Defendant poses a risk of danger based on the nature of the offense and criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 23rd day of March, 2011.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                    PAGE 3